IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM F. T. LINCOLN,

    Plaintiff,

v.                            CASE NO. 4:13-cv-74-MW/CAS

FLORIDA GAS TRANSMISSION
CO., LLC., et al.

    Defendants.

_____/

## ORDER REMANDING CASE TO MAGISTRATE

The Court has considered, without hearing, the Plaintiff's Objections to Hon. Magistrate's Order With Clarification of Action Plaintiff to Amend Complaint, ECF No. 5, filed February 27, 2013. The Court considers Plaintiff's document as a motion to file an amended complaint and remands the case to the U. S. Magistrate Judge Charles Stampelos for further consideration.

SO ORDERED on February 28, 2013.

                                        s/Mark E. Walker
                                        United States District Judge