**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WILLIAM F. T. LINCOLN,**

    **Plaintiff,**

vs.                                               **Case No. 4:13cv74-MW/CAS**

**FLORIDA GAS TRANSMISSION CO., LLC,**
**et al.,**

    **Defendants.**

    _____/

## O R D E R

Plaintiff, proceeding *pro se*, filed a complaint on February 20, 2013. Doc. 1. After review of the complaint, an Order was entered directing Plaintiff to file an amended complaint and explaining several deficiencies with the complaint to him. Doc. 4. In response, Plaintiff filed Objections to that Order. Doc. 5. The Objections were reviewed by United States District Judge Mark Walker, and deemed to be a motion to file an amended complaint. Doc. 7. The case has been remanded for further consideration. *Id.*

In light of Plaintiff's statement that he will amend the complaint, doc. 5 at 7, Plaintiff's motion to amend is granted. To assist Plaintiff in doing so, he is advised that a Civil Cover Sheet is required to be filed by counsel, but should not be filed in civil pro

se cases. N.D. Fla. Loc. R. 5.1(E). Moreover, as is stated on the Civil Cover Sheet, information provided therein does not "replace nor supplement the filing and service of pleadings or other papers" which are required by the rules of court. Thus, it is not sufficient for Plaintiff to provide an addendum to a civil cover sheet in which he lists the Defendants' addresses as those must be included in the complaint itself. Plaintiff should review the prior Order, doc. 4, to provide clarification and provide factual allegations to support the legal conclusions asserted.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff shall have until **March 25, 2013**, to submit an amended complaint as instructed above.[1]

2. **Failure to submit an amended complaint as directed may result in a recommendation of dismissal of this action.**

3. The Clerk of Court shall return this file upon the filing of an amended complaint or no later than Monday, March 25, 2013.

**DONE AND ORDERED** on March 8, 2013.

        **S/ Charles A. Stampelos**
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**

---

[1] If Plaintiff needs additional time, he must file a motion for an enlargement of time on or before the deadline.