IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM F. T. LINCOLN,

    Plaintiff,

vs.                                      Case No. 4:13cv74-MW/CAS

FLORIDA GAS TRANSMISSION CO.,
et al.,

    Defendants.

                                           /

## REPORT AND RECOMMENDATION

On January 15, 2014, a motion to dismiss and notice of limited appearance was filed by Defendants Mustang Engineering, L.P. and Mustang Engineering Florida, Inc. Doc. 52.  Defendants seek dismissal because Plaintiff did not effect service of process within 120 days as required by Rule 4(m).  *Id.*  Defendants note that Plaintiff was directed by Court Order entered on September 9, 2013, to serve those two Defendants with the third amended complaint, doc. 36, and a summons, within 120 days of the date the Order was entered on the docket.  Doc. 40.  That deadline expired on January 7, 2014.  Defendants filed their motion to dismiss on January 15, 2014.  Doc. 52.

Plaintiff promptly responded to that motion on January 17, 2014. Doc. 53. Plaintiff conceded "that he did, by mistake, fail to serve the Mustang Defendants within the 120 days required under the rules." *Id.* at 1-2. Rule 4(m) provides that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). In his response, Plaintiff acknowledges that "Mustang is entitled to a dismissal" due to mistake and, thus, the unopposed motion to dismiss, doc. 52, should be **Granted in part**. Defendants had requested that the complaint be dismissed "with prejudice." Doc. 52 at 2. However, Rule 4(m) provides that the dismissal shall be without prejudice. Accordingly, the motion to dismiss is granted without prejudice.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 52, filed by Defendants Mustang Engineering, L.P. and Mustang Engineering Florida, Inc., be **GRANTED** and the claims raised against them in Plaintiff's third amended complaint, doc. 36, be **DISMISSED without prejudice** for failure to serve the complaint within 120 days as required by FED. R. CIV. P. 4(m), and the case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on April 1, 2014.

       S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:13cv74