**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WILLIAM F. T. LINCOLN,**

       **Plaintiff,**

**v.**                              **CASE NO.  4:13-cv-74-MW/GRJ**

**FLORIDA GAS TRANSMISSION
CO., et al.,**

       **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No.55, filed April 1, 2014.    Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The motion to dismiss, ECF No. 52, filed by Defendants, Mustang Engineering, L.P. and Mustang Engineering Florida, Inc., is **GRANTED**, and the claims raised against them in Plaintiff's third amended complaint are **DISMISSED without prejudice** for failure to serve the complaint within 120 days as required

1

by Fed. R. Civ. P 4(m).  This cause is **remanded to the Magistrate** for further

proceedings.

      **SO ORDERED on April 22, 2014.**

**s/Mark E. Walker**
**United States District Judge**
